**Order filed September 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00329-CV
_____

## MICHELLE KAPLOWITZ, Appellant

## V.

## LONE STAR TAN GP, LLC; LST AUSTIN I, LTD; AND ASHLEY ALVILLAR, Appellees

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 18-0550-C26**

## O R D E R

Appellant's brief was due August 14, 2020. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **September 14, 2020**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.